**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>UNITED STATES DISTRICT JUDGE | MARTIN LUTHER KING<br>COURTHOUSE<br>50 WALNUT ST.<br>ROOM 5076<br>NEWARK, NJ 07101<br>973-297-4887 |

March 17, 2014

**<u>LETTER ORDER</u>**

**Re:** *Local 888, United Food and Commercial Workers v. Novus Fine Chemicals, LLC*
<u>Civil Action No. 13-cv-02783 (ES)</u>

Dear Counsel:

Pending before this Court is Plaintiff's motion for default judgment. (D.E. No. 6).

Local Civil Rule 7.1 provides that "[n]o application will be heard unless the moving papers *and a brief*, prepared in accordance with L.Civ.R. 7.2 . . . are filed with the Clerk . . . ." L.Civ.R. 7.1(d)(1) (emphasis added). Local Civil Rule 7.1 further states that "[i]n lieu of filing any brief . . . a party may file a statement that no brief is necessary and the reasons therefor." L.Civ.R. 7.1(d)(4). Plaintiff, however, has failed to file either a brief or a statement that no brief is necessary. (*See* D.E. No. 6). Plaintiff's default judgment motion is therefore improper under the Local Civil Rules. *See Developers Sur. & Indemnity, Co., v. NDK Gen. Contractors, Inc.*, No. 06-0086, 2007 WL 542381, at *2 (D.N.J. Feb. 15, 2007) ("Because Plaintiff's application [for default judgment] does not meet the requirements of Local Civil Rule 7.1(d)(1), the Court will not hear Plaintiff's application.").

Plaintiff's motion is therefore denied without prejudice. Plaintiff may refile a default judgment motion, in compliance with this Court's Local Civil Rules, within thirty (30) days of this order.

**SO ORDERED.**

*s/Esther Salas*
**Esther Salas, U.S.D.J.**
